**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| 24 HOUR FITNESS USA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-4270 |
| | § | |
| JASON MORROW, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

For the reasons stated in this court's June 11, 2012 Memorandum on Dismissal, this action

is dismissed, without prejudice, for lack of subject-matter jurisdiction.

SIGNED on June 11, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge